UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christina Athan,

Plaintiff,

v.

Postmaster General David P. Steiner,

Defendant.

Case No. 3:25-cv-2064

ORDER

*Pro se* Plaintiff Christina Athan filed this action against Defendant Postmaster General David P. Steiner on September 29, 2025. (Doc. No. 1). On December 12, 2025, her motion to proceed *in forma pauperis* was denied. (Doc. No. 4). And on January 12, 2026, she paid the filing fee of $405.00. (*See* Financial Transaction dated Jan. 12, 2026).

At no time since this litigation was filed has Plaintiff provided the Clerk with proposed summons. Therefore, no summons has been issued to her.

"The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(c)(1). And Rule 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Ninety days have elapsed since the filing of the Complaint. And while the Clerk received a certified mail receipt dated August 11, 2026, (Doc. No. 5), service could not have been perfected

because no summons have been issued. Additionally, because Defendant is a United States officer sued in his official capacity, he and the United States must be served in the manner proscribed by Rule 4(i) of the Federal Rules of Civil Procedure. The docket indicates that neither Defendant nor the United States has been served, as required by the Federal Rules.

Plaintiff shall seek summons from the Clerk for service on Defendant and the United States no later than December 17, 2026. Then, by January 17, 2027, Plaintiff shall either show service has been perfected on each or show cause for the failure to do so. If Plaintiff fails to meet either of these deadlines, this action will be dismissed without prejudice under Rule 4(m).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge